# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | NO.09-CR-30072-WDS |
| ) | |
| DEANNA L. COSTELLO,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER NUNC PRO TUNC

**STIEHL, District Judge:**

The Court hereby modifies its Order of 1 March, 2012, nunc pro tunc, as follows:

Pursuant to the Mandate filed in *United States v. Deanna L. Costello,* 666 F. 3d 1040 (7th Cir. 2012) the Court hereby **VACATES** and **SETS ASIDE** the judgment and conviction in this case, enters a judgment of **ACQUITTAL**, and the defendant is **ORDERED** to be immediately released from her sentence of probation. The Clerk of the Court is **DIRECTED** to refund to the defendant the total amount she paid on her fine and special assessment as of today's date, and to enter a judgment of acquittal, accordingly.

**IT IS SO ORDERED.**

**DATE: 23 March, 2012**

/s/  WILLIAM D. STIEHL
DISTRICT JUDGE